IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 7:23-CR-00035 |
| LEON MCCUTCHINS, | : |
| Defendant | : |

### ORDER TO UNSEAL INDICTMENT

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 7:23-CR-00035, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 7:23-CR-00035, be unsealed.

SO ORDERED, this 14 day of April 2023.

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

*/s/ Monica L. Daniels*
MONICA L. DANIELS
Assistant United States Attorney