# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LEON McCUTCHINS,** | : | **CASE NO: 7:23-cr-35  (WLS)** |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

The Court intends to notice this case for the August 2023 Valdosta trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than Wed**nesday, June 7, 2023**, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial.  If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference.

**SO ORDERED**, this 17th day of May 2023.

_/s/ W. Louis Sands_____
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**